IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

VICKI LYNN NORVELL, Individually and    *
as the Personal Representative of the Estate
of TAS SPATES OWENS                     *
74 Harbour Heights Drive
Annapolis, MD 21401                     *

    Plaintiff                         *

vs                                          CASE NO.:
                                      *

METROPOLITAN LIFE INSURANCE
COMPANY                                 *
Serve On:
Maryland Insurance Administration       *
200 St. Paul Place, Suite 2700
Baltimore, MD 21202                     *

    Defendant                         *

******************************************************************************

## COMPLAINT

NOW COMES, the Plaintiff **VICKI LYNN NORVELL,** Individually and as the Personal Representative of the Estate of **TAS SPATES OWENS,** by and through their attorney Christopher P. Brown, and states as follows:

1. That at all times the Plaintiff and Plaintiff's decedant were residents of Anne Arundel County, Maryland.

2. Defendant is a corporation doing business in Anne Arundel County, Maryland.

3. The amount in controversy exceeds $75,000.00 (seventy five thousand dollars).

4. That **VICKI LYNN NORVELL** was married to the decedent on September

LAW OFFICES
OWN & GETKA, P.A.
Baltimore-Annapolis Blvd.
Burnie, Maryland 21061
Telephone
(410) 787-1880
FAX (410) 787-8603

1

19, 2010. That prior to that time the Defendant had issued a policy of life insurance in which the Defendant agreed to insure the life of **TAS SPATES OWENS** and to pay the sum of $195,000.00 (one hundred ninety five thousand dollars) to the policy's designated beneficiary on the insured's death.

5. On February 1, 2013, **TAS SPATES OWENS** died and was survived by his wife, the Plaintiff, the policy's then designated beneficiary.

6. **METROPOLITAN LIFE INSURANCE COMPANY** has acted with gross negligence and malice and evil intent in its dealings with **VICKI LYNN NORVELL** concerning the death of her beloved husband. These actions include:

(a) a letter dated August 4, 2014 was sent to **VICKI LYNN NORVELL** denying the claim. Which was not signed by an individual.

(b) there are references to a page of a Summary Plan Description, specifically page 58. **METROPOLITAN LIFE INSURANCE COMPANY** did not provide a copy of the plain in force and effect on the date of this accident.

(c) the letter of August 4, 2014 referrers to medical records that are not within the Plaintiff's possession. These were obtained without permission and contrary to the best interest of the client.

(d) the medical examiner's report was secured without permission.

(e) the letter of August 3, 2014 has misleading mathematical calculations to the detriment of the Plaintiff.

7. Notwithstanding plaintiff's submission to defendant of reasonable proof of the

2

death of defendant's insured, defendant refused and continues to refuse to pay to Plaintiff the policy's death benefit of $195,000.00 (one hundred ninety five thousand dollars).

8. An amount should be awarded against the Defendant to punish the defendant and to prevent other Defendants who are similarly situated in acting with malice and gross negligence.

Wherefore, Plaintiff brings this action and requests judgement against Defendant for actual damages, and punitive damages, in an amount in excess of $75,000.00 (seventy five thousand dollars), together with interest, costs, and attorney's fees.

_____
CHRISTOPHER P. BROWN
BROWN & GETKA, P.A.
7420 Baltimore-Annapolis Blvd.
Glen Burnie, Maryland 21061
(410) 787-1880

Attorney for Plaintiff